UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Barbara Sutton,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-02197<br><br>Chapter: 7<br>Honorable LaShonda A. Hunt |

## ORDER REGARDING REAFFIRMATION AGREEMENT

The above captioned debtor has entered into a Reaffirmation Agreement with Automobile Acceptance Corporation (docket number 16). The debtor having moved for this Court's approval of the agreement and/or the clerk's office having found a presumption of undue hardship with respect to the agreement,

IT IS HEREBY ORDERED that:

A hearing is set for March 28, 2019 at 10:00 a.m. at the following address: 219 South Dearborn Street, Dirksen Federal Building, Courtroom 719, Chicago, IL 60604.

Enter: *LaShonda A. Hunt* /s/

Dated: **1 2 MAR 2019**

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Rev: 20170105_bko